IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JAMES L. WIGGINS, ) | |
| ) | |
| Petitioner/Defendant, ) | |
| ) | CIVIL NO. 04-cv-4243-JPG |
| vs. ) | |
| ) | CRIMINAL NO. 01-cr-40057 |
| UNITED STATES of AMERICA , ) | |
| ) | |
| Respondent/Plaintiff. ) | |

## JUDGMENT

This action came before the Court for a ruling on Petitioner's motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255.  The Court has rendered the following decision:

**IT IS ORDERED AND ADJUDGED** that the motion is **DENIED**, and this action is summarily **DISMISSED** with prejudice.  Judgment is entered in favor of Respondent and against Petitioner.  Petitioner is to take nothing from this action.

| | | |
|---|---|---|
| March 9, 2006 | By: | s/ J. Phil Gilbert |
| *Date* | | *District Judge* |